UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA L. STORRS,<br><br>                          Plaintiff,<br>v.<br><br>Select Portfolio Servicing; National Default Servicing Corporation; U.S. Bank, N.A.; Bank of America, N.A.; LaSalle Bank, N.A.; JPMorgan Chase; all persons unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in the complaint adverse to plaintiff's title or any cloud upon plaintiffs title thereto; and DOES 1 to 20, inclusive,<br><br>                          Defendants. | Case No.: 15cv2303 JM(KSC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

      This order addresses the motion to dismiss filed by Defendants Select Portfolio Servicing, Inc., U.S. Bank, National Association, as Successor Trustee to Bank of America, N.A., as Successor by Merger to LaSalle Bank, N.A., as trustee for WaMu Mortgage Pass-Through Certificates, Series 2006-AR9 Trust, and National Default Servicing Corporation on November 11, 2015 (Doc. No. 5); and the motion to dismiss

filed by Defendant JPMorgan Chase Bank, N.A. on November 25, 2015 (Doc. No. 8). Plaintiff has not filed an opposition or a statement of non-opposition. Defendant JPMorgan Chase Bank, N.A. filed a reply on January 4, 2016. (Doc. No. 11). The motions were set for a hearing on January 11, 2016, and were found suitable for resolution without oral argument pursuant to Local Civil Rule 7.1.d.1.

Local Rule 7.1.e.2 provides that, "each party opposing a motion . . . must file that opposition or statement of non-opposition with the clerk and serve the movant or the movant's attorney not later than fourteen (14) *calendar* days prior to the noticed hearing." Additionally, Local Rule 7.1.f.3.c provides that "[i]f an opposing party fails to file the papers in the manner required by Civil Local Rule 7.1.e.2, that failure may constitute a consent to the granting of a motion or other request for ruling by the court." Here, the hearing was scheduled on January 11, 2016, and Plaintiff was therefore required to file an opposition or a statement of non-opposition on or before December 28, 2015. Plaintiff did not do so, and has not submitted any opposition or a statement of non-opposition to this day.

Thus, based on the Defendants' arguments, the court grants, without prejudice, Defendants' motions to dismiss.

IT IS SO ORDERED.

DATED: February 8, 2016

JEFFREY T. MILLER
United States District Judge